PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

MICHAEL G. LAGRAMA (CABN 252734)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-436-7241
    FAX: (415) 436-7234
    Michael.Lagrama@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:23-cr-00228 EMC |
| Plaintiff, | DETENTION ORDER |
| v. | |
| MARCO MARTINEZ, | |
| Defendant. | |

    On July 25, 2023, defendant Marco Martinez was charged by Indictment with one count each of felon in possession of ammunition and felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1).

    This matter came before the Court on March 20, 2025, for an initial appearance and arraignment. The defendant was present and represented by Assistant Federal Public Defender Samantha Jaffe. Assistant United States Attorney Michael G. Lagrama and certified Law Clerk Omar Arauza appeared for the government. The government moved for detention on the basis that defendant is currently serving a state prison sentence and was transported to federal court based on a writ. The defendant, through counsel, waived a detention hearing without prejudice.

Upon consideration of the facts, proffers and arguments presented, and for any other reasons stated on the record, the Court orders that the defendant be detained pending trial without prejudice to the defendant exercising his right to seek release at a later time.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: March 21, 2025

*Sallie Kim*
HONORABLE SALLIE KIM
United States Magistrate Judge